# PHILLIPS SPALLAS & ANGSTADT LLP

———————————— ATTORNEYS AT LAW ————————————

February 5, 2015

**SENT VIA CM/ECF**
Honorable Judge James C. Mahan
United States District Court – District of Nevada
400 S. Virginia Street
Reno, Nevada 89501

                     Re:     *Patricia Ann Dau v. Wal-Mart Stores, Inc.*
                             **Case No.:** 2:14-cv-01598-JCM-CWH

Dear Judge Mahan:

Please allow this correspondence to advise Your Honor that the parties in this matter have recently reached settlement. As such, the parties anticipate filing of closing documents shortly.

Please feel free to contact our office should Your Honor have any questions or concerns.

                         Very truly yours,
                         **PHILLIPS, SPALLAS & ANGSTADT, LLC**

                         Breane P. Stryker

CC: Seth R. Little, Esq., Counsel for Plaintiff
        Facsimile: (702) 444-4455

| SAN FRANCISCO | LAS VEGAS | LOS ANGELES | NAPA |
|---|---|---|---|
| THREE EMBARCADERO CENTER | 504 S. NINTH STREET | 1875 CENTURY PARK EAST | 1827 CLAY STREET |
| SUITE 550 | LAS VEGAS, NV 89101 | SUITE 1050 | SUITE 101 |
| SAN FRANCISCO, CA 94111 | (702) 938-1510 | LOS ANGELES, CA 90067 | NAPA, CA 94558 |
| (415) 278-9400 | FAX: (702) 938-1511 | (310) 407-3017 | (707) 252-1505 |
| FAX: (415) 278-9411 | | FAX: (310) 772-0023 | FAX: (707) 252-1515 |

———————————— WWW.PSALAW.NET ————————————