BRENDA H. ENTZMINGER
Nevada Bar No. 9800
BREANE P. STRYKER
Nevada Bar No. 13594
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA ANN DAU,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; ROE MAINTENANCE COMPANY; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:14-cv-01598-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//

//

//

//

//

//

//

//

//

//

- 1 -

party's own costs and attorney's fees.

DATED this 18th day of February, 2015.

**RICHARD HARRIS LAW FIRM**

_____
Seth R. Little, Esq.
801 South Fourth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*
*Patricia Dau*

DATED this 24th day of February, 2015.

**PHILLIPS, SPALLAS & ANGSTADT**

_____
Breane P. Stryker
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED February 26, 2015.

_____
UNITED STATES DISTRICT JUDGE